IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MELVIN L. COX, JR., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | NO. 1:06-CV-35 (WLS) |
| | : | |
| | : | |
| Dr. FATHY SADD; MEDICAL | : | |
| COLLEGE OF GEORGIA, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| | : | |
| | : | **ORDER** |

Plaintiff **MELVIN L. COX, JR**, an inmate at Autry State Prison in Pelham, Georgia, has filed a pleading that he has entitled "Motion of Protection of Civil Rights." For reasons discussed below, this motion is **DENIED**.

On March 8, 2006, plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983. In this action, plaintiff alleged that Dr. Fathy Sadd had been deliberately indifferent to his serious medical needs. In an Order entered on today's date, the Undersigned ordered service on Dr. Fathy Sadd and in a separate Recommendation, the Undersigned recommended that the Medical College of Georgia be dismissed from this action.

In his "Motion of Protection of Civil Rights," plaintiff seems to allege that he is now being denied access to the law library and legal materials because he filed the 42 U.S.C. § 1983 action against Dr. Sadd and the Medical College of Georgia. Plaintiff also states that, as a form of retaliation, he is now being housed with the same inmate who "crushed in the left side" of his face

in November 2005.

Based on the Order and Recommendation that have been entered in this case, Dr. Fathy Sadd is the only remaining defendant in this action. Dr. Sadd presumably has nothing do with the acts of retaliation about which plaintiff now complains in his "Motion of Protection of Civil Rights." If plaintiff wishes, he may file a separate § 1983 action naming as defendants the state actors he believes are retaliating against him. Plaintiff will need to complete the proper § 1983 forms and pay the applicable filing fee (now $350.00) or file a motion to proceed *in forma pauperis*. However, the current lawsuit deals solely with plaintiff's allegation that Dr. Sadd has denied him medical care and treatment for the facial injuries he sustained on November 4, 2005.

Plaintiff's "Motion of Protection of Civil Rights" is **DENIED**.

**SO ORDERED**, this 30th day of May, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb