IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MELVIN L. COX, JR., | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 1:06-CV-35 (WLS) |
| Dr. FATHY SADD, and MEDICAL COLLEGE OF GEORGIA, | |
| Defendants. | |

**O R D E R**

Pending at docket entry # 15 is plaintiff's "Motion For an Order Directing the Defendants to Reply to the Filed Complaint." Plaintiff's motion must be and therefore is **DENIED** for three separate and distinct reasons. First, the motion is not accompanied by a Certificate of Service as required by Federal Rule of Civil Procedure 5(d) and as plaintiff has been previously instructed by the court (see docket entry # 10). For this reason the court may not properly consider this motion. Secondly, plaintiff's motion is premature as shown by a reading of Federal Rule of Civil Procedure 4(d). In the event this defendant acknowledges service by mail he has sixty (60) rather than (20) days in which to file his answer. The defendant was not ordered served until May 8, 2006, (see docket entry # 10). Defendant's answer therefore can not be considered untimely until sometime in early July 2006. Accordingly, the instant motion, filed on May 31, 2006 is premature. Thirdly, the defendant having answered the complaint on June 2, 2006, (docket entry # 18), this motion is now moot.

SO ORDERED, this 21st day of June 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE