**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

MELVIN L. COX, JR.,                          :
                                             :
      Plaintiff,                      :
                                             :
v.                                           :        1:06-CV-35 (WLS)
                                             :
FATHY SADD, MEDICAL COLLEGE     :
OF GEORGIA,                                  :
                                             :
                                             :        42 U.S.C. § 1983
      Defendants.                     :
_____ :

## O R D E R

     Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 9), filed May 8, 2006. It is recommended that Plaintiff's complaint and allegations against Defendant Medical College of Georgia be dismissed. Plaintiff filed a timely written objection. (Doc. 12).

     The Magistrate recommends dismissal of the claim against the Medical College of Georgia in that there is no evidence or allegation that Medical College participated in any wrong doing. In his objection to the recommendation, Plaintiff essentially attempts to amend his complaint by arguing that the Medical College failed to adequately investigate Dr. Sadd's background and employment record. To the extent Plaintiff is attempting to amend his complaint via his objection to the Recommendation, said attempt (Doc. 12) is **DENIED.** Therefore, the Court rejects and overrules Petitioner's objections. (Doc. 12).

     Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Plaintiff's complaint for damages against the Medical College of Georgia (Doc. 1) is **DISMISSED.**

     SO ORDERED, this __21ST__ day of June, 2006.


        ___/s/W. Louis Sands_____
        **W. Louis Sands, Chief Judge**
        **United States District Court**