**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MELVIN COX, | : |
| Plaintiff, | : |
| v. | : 1:06-CV-35 (WLS) |
| FATHY SADD, ET. AL., | : |
| | : 42 U.S.C. § 1983 |
| Defendants. | : |

## O R D E R

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Docs. No. 30), filed June 2, 2006. It is recommended that Plaintiff's motion for injunctive relief (Doc. No. 16) be denied. Neither Plaintiff, nor Defendant, has filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED**, **ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for injunctive relief (Doc. No. 16) is **DENIED.**

SO ORDERED, this  28th  day of December, 2006.

                                                 /s/W. Louis Sands
                                                 **W. Louis Sands, Judge
United States District Court**