IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MELVIN COX, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:06-CV-35 (WLS) |
| : | |
| FATHY SADD, ET. AL., : | |
| : | |
| : | 42 U.S.C. § 1983 |
| Defendants. : | |

## O R D E R

Before the Court is the Report and Recommendation from United States Magistrate Richard L. Hodge (Docs. No. 57), filed November 11, 2006. It is recommended that Plaintiff's motion for injunctive relief (Doc. No. 40) be denied and that Defendant's motion for summary judgement (Doc. No. 45) be denied.. Neither Plaintiff, nor Defendant, has filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED**, **ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for injunctive relief (Doc. No. 40) is **DENIED** and Defendant's motion for summary judgment (Doc. No 45) is **DENIED.**

SO ORDERED, this  28th  day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**W. Louis Sands, Judge**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**