# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MELVIN COX, | : |
|     Plaintiff, | : |
| v. | :     1:06-CV-35 (WLS) |
| FATHY SADD, ET. AL., | : |
| | :     42 U.S.C. § 1983 |
|     Defendants. | : |

## O R D E R

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 88), filed July 27, 2007. It is recommended that Plaintiff's motion for summary judgement (Doc. No. 58) be denied. Plaintiff has filed a timely objection to the Report and Recommendation.

Plaintiff's objection reiterates his argument that he has received substandard medical care while in prison. That is not the issue before the Court, or the original issue before the Magistrate Judge. The issue raised by Plaintiff is whether he has presented admissible evidence in support of his motion for summary judgment on his claim. In other words, did Plaintiff satisfy his burden of showing that as a matter of law he is entitled without any further proceedings to judgment in his favor. The evidence before the Magistrate Judge clearly does not support such a conclusion. Such a decision, however, does not preclude Plaintiff from further proceedings, such as a trial, to prove his claim. Accordingly, Plaintiff's objection (Doc. No. 88) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the reasons and finding set out herein. Accordingly, Plaintiff's motion for summary judgment (Doc. No. 58) is **DENIED.**

SO ORDERED, this __25th__ day of September, 2007.

                                               /s/W. Louis Sands
                                               **W. Louis Sands, Judge**
                                               **United States District Court**